IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TONY LANIER MANTLO,

    Plaintiff,

v.                              Case No. 1:20-cv-173-AW-EMT

KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's Report and Recommendation, ECF No. 18, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on April 7, 2022.

                                        s/ *Allen Winsor*
                                        United States District Judge